IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM CHASE FAIRCLOTH | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No: <br>) |
| CHEDDAR'S CASUAL CAFE, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**<u>PETITION FOR REMOVAL</u>**

TO:   The Judges of the United States District Court, Middle District of Georgia

The Petition of Defendant CHEDDAR'S CASUAL CAFÉ, INC. respectfully shows the Court as follows:

1.

A civil action has been brought against the Petitioners in the Superior Court of Lowndes County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 2022CV0882 in which Plaintiff is seeking a recovery of elements and items of damages which in total exceed $75,000.00 exclusive of post-judgment interest and costs.

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since been a citizen and resident of the State of Georgia.

3.

Defendant CHEDDAR'S CASUAL CAFE, INC. is now, and was at the time of the commencement of this lawsuit, and at all times since been a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in Florida. *See* Exhibit A at ¶ 2; *See* also Exhibit I at ¶ 2.

4.

Defendant attaches as exhibits the state court filings:

Exhibit A:   The Summonses and Complaint;

Exhibit B:   Entry of service *non est* as to Balaji-Valdosta, GA LLC;

Exhibit C:   Entry of service on Cheddar's Casual Café, Inc.;

Exhibit D:   Entry of service on Balaji-Valdosta, GA LLC;

Exhibit E:   Michael Becker's Notice of Leave of Absence;

Exhibit F:    Kimberly Sheridan's Notice of Leave of Absence;

Exhibit G:   Special Appearance Answer of Defendant Balaji-Valdosta, GA LLC;

Exhibit H:   Answer of Defendant Cheddar's Casual Café, Inc.;

Exhibit I:    ADR Referral;

Exhibit J:   ADR 60-day continuance;

Exhibit K:   Consent Motion to Extend Discovery;

Exhibit L:   Order extending discovery;

Exhibit M:   Kimberly Sheridan's Notice of Leave of Absence;

Exhibit N:   Michael Becker's Notice of Leave of Absence;

Exhibit O:   Consent Motion to Dismiss Balaji-Valdosta, GA LLC;

Exhibit P:   Consent Motion to Extend Discovery;

Exhibit Q:   Order dismissing Balaji-Valdosta, GA LLC;

Exhibit R:   Kimberly Sheridan's Notice of Leave of Absence;

Exhibit S:   Plaintiff's Responses to Defendant's Interrogatories and incorporated demand letter;

5.

This action could not have originally been brought in this Court under 28 U.S.C. § 1332, because Plaintiff did not plead an amount in controversy exceeding seventy-five thousand dollars ($75,000), exclusive of interest and costs. *See* Exhibit A. However, Plaintiff provided notice on October 22, 2022, that he claims elements of damages including medical expenses and lost wages exceeding $75,000.00. *See* Plaintiff's Responses to Defendant's Interrogatories and incorporated demand letter attached hereto as Exhibit S.

6.

Additionally, this action could not have originally been brought in this Court under 28 U.S.C. § 1332, because there did not exist complete diversity of citizenship among all Plaintiffs and Defendants. *See* Exhibit A. Specifically, Plaintiff and former Defendant Balaji-Valdosta GA, LLC are both citizens of the State of Georgia. *See* Exhibit A. However, the non-diverse party, Balaji-Valdosta GA, LLC was dismissed on March 20, 2023. *See* the Order Dismissing Balaji-Valdosta GA, LLC attached hereto as Exhibit Q. There exists complete diversity among the remaining parties pursuant to 28 U.S.C. § 1332(a).

7.

Now within thirty (30) days after this case first became removable following the dismissal of Balaji-Valdosta GA, LLC, Defendant has filed this Petition for Removal of said action to this Honorable Court. This removal is timely because it is filed within thirty (30) days of March 20, 2023, the date that non-diverse defendant Balaji-Valdosta GA, LLC was dismissed from this action. *See* 28 U.S.C.S. § 1446(b)(3) (". . . if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper

from which it may first be ascertained that the case is one which is or has become removable").

8.

Pursuant to 28 U.S.C. § 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

9.

Defendant has simultaneously filed a Notice of Removal in the Superior Court of Lowndes County, State of Georgia. A copy of the Notice being filed with the Superior Court of Lowndes County is attached hereto as Exhibit T.

WHEREFORE, Defendant CHEDDAR'S CASUAL CAFE, INC. files this Petition for Removal of said cause to this Court.

Respectfully submitted this the 17th day of April, 2023.

              Vernis & Bowling of Atlanta, LLC

              */s/Kimberly Sheridan*
              Kimberly Sheridan, Esq.
              Georgia Bar No.: 061028
              Michael Becker, Esq.
              Georgia Bar No. 529479
              *Attorneys for Defendants Cheddar's*

30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001

(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VALERIE PLYMALE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHEDDAR'S CASUAL CAFE, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No: |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2023, I electronically filed Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Amy P Holbrook, Esq.

Respectfully submitted this the 17th day of April, 2023.

Vernis & Bowling of Atlanta, LLC

*/s/Kimberly Sheridan*
Kimberly Sheridan, Esq.
Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No. 529479
*Attorneys for Defendants Cheddar's*

30 Perimeter Park Drive  
Suite 200  
Atlanta, GA 30341  
(404) 846-2001  
(404) 846-2002 (Fax)  
ksheridan@georgia-law.com  
mbecker@georgia-law.com